```
                                                           CLERK'S OFFICE U.S. DIST COURT
                                                                  ROANOKE, VA
                                                                     FILED
```

IN THE UNITED STATES DISTRICT COURT    SEP 29 2006
FOR THE WESTERN DISTRICT OF VIRGINIA  JOHN F. CORCORAN, CLERK
ROANOKE DIVISION    BY:
                                                    DEPUTY CLERK

| | |
|---|---|
| **RINEL FERDINAND,** ) | |
|     Plaintiff, ) | Civil Action No. 7:06CV00564 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| **GENE M. JOHNSON, et al.,** ) | By: Hon. Glen E. Conrad |
|     Defendants. ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

## ORDERED

that the plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), and **STRICKEN** from the active docket of the court.

The Clerk is further directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 29th day of September, 2006.

                                            /s/ Glen E. Conrad
                                            United States District Judge